Invoice#: 08-001 **Bill To:**     **Tim Bollmann**
                                  **General Manager**
                                  **Wild Rose Casino - Clinton**
                                  **Clinton, IA**

**Payable To:**     **Glenn Golden**
                                  **46 Cherokee Drive**
                                  **Abita Springs, LA 70420**
                                  **SSN:** ███-3920

| | | | |
|---|---|---|---|
| **Software** | | | |
| Idea Data Warehouse | | | $ 36,000.00 |
| Sweepstakes Module | | | $ 4,000.00 |
| **Software Total** | | | **$ 40,000.00** |
| | | | |
| **Expenses:** | | | |
| **April Installation** | | | |
| Car Rental | | | $ 238.05 |
| Parking | 10 Days @ $8.69/Day | | $ 88.60 |
| AirFare | 50% of Total | 599.42 | $ 299.71 |
| Gas | | | $ 35.00 |
| **Total Expenses** | | | **$ 661.36** |
| | | | |
| Total Due | | | $ 40,661.36 |



TABLE OF EXHIBITS

EXHIBIT 6